Jackson (M)

Cond'tionally

FILED

MAY 20 2015

CLERK, US DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

2:15CV218

**COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983**

**Action Number**

(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely.  The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed.  Please print/write legibly or type.

**I.   PARTIES**

A.   Plaintiff:

1.   (a) Leonardo Medina    (b) 28155380

     (Name)    (Inmate number)

     (c) FCI Phoenix

     (Address)  37910 N. 45th Ave

     Phoenix, Az 85086

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release.  If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983.  The Commonwealth of Virginia is immune under the Eleventh Amendment.  Private parties such as attorneys and other inmates may not be sued under Section 1983.  In addition, liability under Section 1983 requires personal action by the defendant that caused you harm.  Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B.   Defendant(s):

1.   (a) Shane McMahon    (b) Lawyer Public Defender

     (Name)    (Title/Job Description)

     (c) Federal Public Defender

     (Address)  700 E. San Antonio Ave

     Suite 401

     El Paso, Texas 79901



RECEIVED

MAY 12 2015

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

2. (a) _____ (b) _____
               (Name)                          (Title/Job Description)

   (c) _____
           (Address)

   _____

3. (a) _____ (b) _____
               (Name)                          (Title/Job Description)

   (c) _____
           (Address)

   _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II.   PREVIOUS LAWSUITS

A.   Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [   ]   No [X]

B.   If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1.   Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2.   Court (if federal court, name the district; if state court, name the county):

   _____

   3.   Date lawsuit filed: _____

   4.   Docket number: _____

5. Name of Judge to whom case was assigned: _____

_____

6. Disposition (Was case dismissed?  Appealed?  Is it still pending?  What relief was granted, if any?) :

_____

_____

## III.  GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place:

_____

B. Does the institution listed in "A" have a grievance procedure?  Yes [   ]  No [   ]

C. If your answer to "B" is Yes:

    1. Did you file a grievance based on this complaint?  Yes [   ]  No [   ]

    2. If so, where and when:_____

    3. What was the result?_____

    _____

    4. Did you appeal?  Yes [   ]  No [   ]

    5. Result of appeal:_____

    _____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities?  Yes [   ]  No [X]

If your answer is Yes, what steps did you take? _____

_____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities: First, I didn't know I can make a complaint on my former lawyer; Secondly I had no access to any forms, computer or any documentations refer to make a complaint. There was limitations to follow that kind of procedures.

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

Dec 2013 Federal Court House El Paso Texas

I told you, how they entrapped me when I had a profile on Craiglist. It said, "I'm looking for a Bonita Mami, ages 18-31, I'm 6ft 190lbs, light skin, light brown hair and eyes, I'm puerto rican and mexican with my El Paso number, I phone 4 Verizon. When I was locked up at the downtown jail; I found out that Home Land Security looked and checked on profiles and do stings! I was listening and talking to Lockhart and Mike who was with me in downtown jail; that Home Land Security do stings on Craiglist. I even told you that they looked me up with my phone number and they found out I have a sex offence charge and they lured me in the entrapment!

## IV.    STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

Plus, they contact me first with a 13 old decoy name Elsa. Agent Joel Herandez. Furthermore, when I went to court in December; agent Joel Herandez said he looks for signs for criminal activity and my profile had an indications. You tell me where in my profile says that! Furthermore, I didn't bond out because they saw a dismissal charge of Aggravate Sexual Assault of a minor. In the begining of 2006 they tried to charge me with that when I got arrested on Nov 17, 2005. How can they charge me with that if I never met the uncover cop; they finally charge me with on-line solicitation a minor.

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

You can see the dates on the dismissal. I truly believe that they put that wana be charge so I can have a really bad record. My state charge was done on a computer: no assault, no victum or under cover cop. Furthermore, you told me that this was your first case like this!

2.) When I went to the conference meeting in Feb 2014, El Paso Texas; it's your job to be their with me and your investigator. They tooked advantage of me knowing that you was not there for me, Home Land Security. They looked at your investigator as she was nothing, not a lawyer.

IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed
by their action.  Also include the dates, places of events, and constitutional amendments you allege
were violated.

If you intend to allege several related claims, number and set forth each claim in a separate
paragraph.  Attach additional sheets if necessary.

Federal
Court
House
El Paso
Texas

3) When I went to court on May 01, 2014; they

wanted to give me 20 years straight time

(Supercede) 10 years state time and 10 years

federal time! You told me that they said

I lied; I didn't because your investigator

was their next to me in Feb conference

meeting 2014. I told you if I lied why they

didn't told me right there or call you, notify

you the next day or the latest next week.

From Feb 2014 conference meeting to the

day you was going to see the judge so I

can get 70 months; that suppose to be

May 02, 2014. They said that breach my

contract; That was a lie! You told me

that they have to show you the new

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

discovery because I had more victims; which I know they had nothing to show! Furthermore, you told me that they have 10 days to show you and me the new discovery. Well 10 days past and you didn't show or told me nothing about it. I knew it, it was a lie and no proof!

4.) In May 2014, El Paso County Jail on Montana rd. I was really upset that my cell phone was not present in Feb 2014 conference meeting because the proof was in the cell phone. In addition, Agent Medina IT Specialist from Home Land Security added that false information to his labtop

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

so it appeared it came from my cellphone. I told you about this many times! I got arrested on Nov 13, 2013 so he planted that phony profile between Nov 14, 2013 around the second week of Feb 2014 before the first conference meeting. I even told you that I can sue home land Security for tampering with evidence; you told me, I know you can. I told you to get an IT Specialist (Computer) so that individual can verify on Agent Medina's lab top on that phony profile. You sent me an IT Specialist from your department like in two weeks (May 2014); he was no use for me, didn't care (attitude)!

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I explained to him everything what I told you. He said it was a bad communication between me and the prosecutor. The prosecutor told me in military language "I square you away". That means I will take care of you. I said to myself "he's a sorry individual". The IT Specialist that you sent me.

5.) I gave you permission to inform my wife what is going on with my case, you never inform my wife in my situation.

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

6.) In May 2014, you came to visit me in El Paso County Jail on Montana Road; I told you how can they have two "KIK" messenger applications turned on at the same time! The original "KIK" messenger on my Iphone 4 Verizon was never logged off. On the Iphone, you cannot have two the same application turned on at the same time!

7.) In June 8, 2014, Federal Court House, El Paso, Texas; I went to the second conference meeting. The prosecutor knew that I know they had false information of me and they tamper with evidence;

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

the prosecutor dropped from 20 years (supercede) to 15 years just doing 85 percent.

8.) In June 8, 2014 second conference meeting, the prosecutor told me he's going to give me 15 years because he forgot I have a previous sex offence charge already. You came to see me in Feb 2014 before the first conference meeting; you told me the prosecutor will offer me 70 months if I identify who are the individuals on my Iphone. Also, the prosecutor will not charge me with a state charge (10 years regisator as a sex offender); if I agree to his terms (Breach of Contract). I said O.K. I do it!

Federal
Court
House
El Paso
Texas

Pg 10

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

Federal
Court
House
El Paso
Texas

a.) In June 11, 2014, second conference meeting the prosecutor told me in front of my face, you (lawyer) and your investigator; that him, ex-Agent Medina and the female agent from Home Land Security, heard me said "No that's not mine!" three times which I said "Yes, I guess so." I know the investigator felt shameful because she knows I was telling the truth. Plus, agent Medina was very specific on the last data (profile). When I saw the profile; I was puzzle about it so I said "Yes, I guess so." During the conference, Agent Joel Herandez from Home Land Security said it was a "KIK" messenger which I knew he was lying;

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

because you can't have two KIK messenger application turned on at the same time. Back in May 2014, I realized it was a phony profile because they wanted to give me 20 years. They said "I broke the contract; that was a lie! They wanted me to say "No that's not mine" so they can say "we got it from your I phone!" What happened to the third agent female from Home Land Security; who was at the second conference meeting. I told you this that if we can get her and testify in my behalf that I didn't lie but you didn't do nothing about it.

10.)  How come my cell phone was not in the

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

present in both conference meeting in Feb and June 2014 because the truth was in the cell phone and that phony KIK messenger (application) was not in my cell phone. I told you this already and you still didn't do nothing about it.

11) When I went to Federal Court on 11 June 2014; I asked you about if I can get time off for taking the sex offender program? You step out of the court and returned about 5 minutes: you said I will not get any time off from my sentence. You also told me that if I take the program and if they see me if I'm a threat; I would get more

El Paso Texas

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

years To my sentence. Why would you tell me something like that? Since, I have been in Phoenix, Az; no one told me I had to sign up for the sex offender program. I had to voluntary to sign for it. Furthermore, you told me a lie about getting more time for taking the program if I'm a threat. It is a rehabilitation program like the drug program here where I'm at!

12.) On June 11, 2014 plea agreement it's was being recorded; the judge asked if they want to seal my case? The prosecutor didn't care; you said yes my client does

Federal
Court
House
El Paso
Texas

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

because I wrote you a letter stating; I want my conviction sealed! Since, I have been here (Dec 12, 2014) in Jan 2015, Phoenix, Az, I talked to my case manager and she verify and told me that my conviction was not sealed!

13.) On June 11, 2014 plea agreement it's being recorded; the prosecutor was telling the judge about my case it was 13 year female, Elsa, was an undercover agent Home Land Security Joel Herandez. When your investigator came to see me at Sierra Blanca, Texas; she gave me the P.S.I. Pre screening investigation and it said

Federal Court House El Paso Texas

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

14 years old female. It also said it was "Sealed" on the P.S.I. Furthermore, I would not get my Iphone 4 Verison back; because they know I was telling the truth so they can get rid of the evidence. The labtop of agent Medina from Home Land Security also holds the truth; you can format the hard disk but the evidence is still there! I was studying Information Technology and Paralegal at El Paso Community College. The truth is in his labtop which has a sticker of "L3.Com!"

14.) If the phone is destroy, lust or gone; I told you the proof was in the Iphone

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

and that phony "KIK" messenger (application) was not in my cell phone. That data was inputted by IT Specialist Medina lap top from Home Land Security. He tamper with evidence and gave false information, data.

15.) You never gave the judge my letters from my family and friends that would show I have support. You told me that the judge don't look at them.

16.) On Oct 31, 2014 sentence, you told me not to say nothing on my behalf because the judge was mad'. The judge asked me, if

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I have anything to say: I said no your honor. You was very nervous why? Because God and I know the truth what happened to me!

17.) On Oct 31, 2014 sentence, when it was all over; you told me congrats that I would be going to a Federal Medical Camp (FMC) and shaked my hand. Right now, I'm at a medium high camp in Phoenix, Az. You know I'm 100% disable Iraqi Veteran for Post Traumatic Stress Disorder. I don't think the judge know about it. Plus, I tried to commit suicide twice on Oct 31, 2005 when I came back from Iraq

Federal Court House El Paso Texas

IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

and on Oct 01, 2007; it was on my P.S.I.
report but I guess it didn't matter.

Correctional
Institution
Sierra Blanca
Texas 18.) I wrote you a letter and my wife call
you about my electronic items (in my
apartment) return to me, because these
items was not involved in my case. You told
my wife when she call you that these
items was involved with my case. My
wife told you it was not; you got nervous
and said "I check on it." You didn't do
nothing about it and I lost my items:
brand new PC 520 — , 2 broken lab tops,
broken play station, camera, close circuit
camera with 4 camera and touch screen

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

monitor. Furthermore, what happen to my silver chain, medallion and two silver bracelets? when I got arrested and never anything about them?

19.) You didn't help me out like you suppose to "Code of Ethics" take care of your client which you failed plus you knew how they were screwing me over.

20.) These are thoughts, I keep in my mind how can people play with our lives and it upset me great dearly and you never really help me out like you suppose to! I know for sure "God" who is the truth →

Judge and He saw everything that happened to me in my case!. He will "Judge" all those who persecute me in this unrighteous matter!

## V.   RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _L.M._  (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_____ Award money damages in the amount of $_____

_____ Grant injunctive relief by Hold him accountable for not taking care of his client, since I got a federal
_____ Other record now; he should have a record on his performance, American Bar Association.

## VI.   PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

Correctional Institution (Immigration)
401 S. Vaquero Ave, Sierra Blanca, Texas 79851
(915) 369-2270

FCI Phoenix
37910 N. 45th Ave
Phoenix, Az 85086

## VII.   CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE:  The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [   ]   No [   ]. You may consent at any time; however, an early consent is encouraged.

## VIII.   SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this ___06___ day of ___May___, 20_15_ .

Plaintiff ___Leonardo Medina___

Notary Public State of Arizona
Maricopa County
Heather Taylor
My Commission Expires 01/21/2016



# DEPARTMENT OF VETERANS AFFAIRS
**Waco Regional Office**
**One Veterans Plaza**
**701 Clay Avenue**
**Waco, Texas 76799**

**Leonardo Medina**

**VA File Number**
**145 68 9224**

**Represented by:**
**DISABLED AMERICAN VETERANS**

**Rating Decision**
**September 20, 2011**

## INTRODUCTION

The records reflect that you are a veteran of the Gulf War Era. You served in multiple periods in the Army from April 22, 1992 to April 21, 1997, from May 27, 1999 to May 26, 2002, from April 10, 2003 to July 10, 2003 and from August 19, 2004 to November 13, 2005. You filed a new claim for benefits for nonservice-connected pension that we received on June 24, 2010 and a new claim for service-connection that was received on July 20, 2010. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

Service connection for posttraumatic stress disorder is granted with an evaluation of 100 percent effective July 10, 2010. You are found competent for VA purposes.